UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR NAVA TAPIA,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 8:24-cv-00477-AB-DFM<br>**[~~PROPOSED~~] JUDGMENT**<br><br>Honorable André Birotte Jr.<br>United States District Judge |

Pursuant to the Court's October 30, 2026 Findings of Fact and Conclusions of Law [Dkt. 70], **IT IS HEREBY ORDERED**:

1. The Court **ENTERS** Judgment in favor of Plaintiff Omar Nava Tapia and against Defendant United States of America; and

2. The Court **AWARDS** Plaintiff $5,748.36 in economic damages and $4,000.00 in non-economic damages for a total of $9,748.36.

**IT IS SO ORDERED**.

Dated: November 13, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE